**EASTERN OUTDOOR, INC. v. BOARD OF ADJUST. OF JOHNSTON CTY.**

[357 N.C. 501 (2003)]

EASTERN OUTDOOR, INC., Petitioner v. BOARD OF ADJUSTMENT OF
JOHNSTON COUNTY, Respondent

No. 353A02

(Filed 2 October 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a
divided panel of the Court of Appeals, 150 N.C. App. 516, 564 S.E.2d
78 (2002), affirming an order entered 27 December 2000 by Judge
Knox V. Jenkins in Superior Court, Johnston County. Heard in the
Supreme Court 8 September 2003.

*Waller, Stroud, Stewart & Araneda, LLP, by Betty Strother
Waller, for petitioner-appellant.*

*J. Mark Payne, Johnston County Attorney, for respondent-
appellee.*

PER CURIAM.

AFFIRMED.